# Law Offices of Charles C. DeStefano
### 1082 Victory Boulevard
### Staten Island, N.Y. 10301
### telephone 718-390-0580    facsimile 718-442-3563

## Charles C. DeStefano Esq.

| | |
|---|---|
| *Of Counsel* | *Assistants* |
| Peter J. Sweeney, Esq. | Christine Orlando |
| Lisa Kraut, Esq. | Lori Caputo |
| Christopher Dai, Esq. | Marilou Almodovar |

November 9, 2010

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10017

    Re: Shepard, et al v. The Associated Press, et al
    Docket no: 10 CV 7551 (RJS)

Dear Judge Sullivan:

Our office is in receipt of your Order dated October 6, 2010. To date, none of the six (6) defendants have served or filed an Answer in this action.

It is respectfully requested that the time limitations stated in your order be extended pending service of Answers by all defendants.

Additionally, it is respectfully requested that the conference scheduled for November 19, 2010 be adjourned to a date sometime after the service of Answers by all defendants.

On a positive note, please be advised that the undersigned has spoken with the following attorneys representing the defendants listed below:

| | |
|---|---|
| Andrew L. Deutsch, Esq. | Mark Lerner, Esq. |
| DLA Piper | Satterlee Stephens Burke & Burke, LLP |
| Attorneys for Defendants | Attorneys for Defendant |
| Associated Press and ESPN | Photobucket,com, Inc. |
| | |
| Michael Kuritzkes, Esq. | Hillary Lane, Esq. |
| Philadelphia Media Network | Vice President, Litigation |
| Interim General Counsel | NBC Universal, Inc. |
| Attorney for Defendant Philly Online | Attorneys for Defendant |
| | Kurtis Productions, Ltd. |

We have agreed that it is in the best interest of all the parties to schedule a meeting to discuss possible resolution of this matter. We will do so at a location outside the courthouse at a mutually convenient date and time.

Thank you for your attention in this matter.

Very truly yours,
　　　/s/

CHARLES C. DESTEFANO
CCD: co
cc: Andrew L. Deutsch, Esq.
　　DLA Piper
　　Attorneys for Defendants
　　Associated Press and ESPN

　　Michael Kuritzkes, Esq.
　　Philadelphia Media Network
　　Interim General Counsel
　　Attorney for Defendant Philly Online

　　Mark Lerner, Esq.
　　Satterlee Stephens Burke & Burke, LLP
　　Attorney for Defendant Photobucket

　　Hillary Lane, Esq.
　　Vice President Litigation
　　NBC Universal Inc.
　　Attorneys for Defendant Kurtis Production, Ltd.