UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/10
```

SHIRLEY SHEPARD, et al.,

                   Plaintiffs,

-v-

THE ASSOCIATED PRESS, et al.,

                   Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a pre-motion letter from Defendants dated October 29, 2010, requesting a pre-motion conference in anticipation of filing a motion to dismiss. The Court is also in receipt of a response letter from Plaintiffs dated November 8, 2010, requesting a 45-day extension of time to serve copies of all registered copyrights and amend the Complaint. The extension request is HEREBY GRANTED in part. Accordingly, (1) Plaintiffs shall amend the Complaint by December 17, 2010; (2) Defendants shall answer or submit a revised pre-motion letter setting forth the bases for any contemplated motions by January 3, 2011; (3) the parties shall submit a status letter and proposed case management plan, in accordance with the terms of the Order dated October 6, 2010, by January 3, 2011; and (4) the parties shall appear for a status conference on January 14, 2011, at 11:30 a.m.

SO ORDERED.

Dated:     November 9, 2010
              New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE