# UNITED STATES DISTRICT COURT JUDGE SULLIVAN
for the Southern District of New York

Shirley Shepard and Andrea Shepard,
    Plaintiff           )
    v.                   )
The Associated Press, ESPN, Inc., Kurtis
Productions, Ltd, Pictqpia.com, Inc., Philly
Online, Inc. and Photobucket.Com, Inc.,
    Defendants.     )

**10 CIV 7551**

Civil Action No:

## Summons in a Civil Action

TO:    ESPN, Inc.
         c/o Corporation Service Company
         80 State Street
         Albany NY 12207-2543

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you, (not counting the day you received it), or 60 days if you are the United States or a United States agencey or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a) (2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Law Office of Charles C. DeStefano
         1082 Victory Boulevard
         Staten Island New York 10301

    If you fail to respond, judgemtn by fault will be entered against you for the relief demanded in the complaint.. You also must file your answer or motion with the court.

RUBY J KRAJICK
Name of clerk of court

Date: OCT 0 4 2010

Deputy Clerk Signature

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 10-CIV-7551                                      Purchased/Filed: October 4, 2010
STATE OF NEW YORK     UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

*Shirley Shepard, et al.*                  Plaintiff
against
*The Associated Press, ESPN, Inc., et al.*             Defendant

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____Diane Koehler_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 12, 2010_____, at __3:45 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action with Civil Cover Sheet and Complaint

on _____ESPN, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__ Approx. Wt: __200__ Approx. Ht: __6'0"__
Color of skin: __White__ Hair color: __Brown__ Sex: __Male__ Other: _____

Sworn to before me on this
__18th__ day of __October, 2010__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898528, Qualified in Albany County
Commission Expires June 15, 2011

Diane Koehler
Atty's File No.
Invoice·Work Order # SP1012030

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179