UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10
```

SHIRLEY SHEPARD, *et al.*,

        Plaintiffs,

-v-

THE ASSOCIATED PRESS, *et al.*,

        Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the attached letter from Plaintiffs dated November 15, 2010, informing the Court that their lawyer, Charles Crane DeStefano, "can not do the case anymore." The Court has not received a motion to withdraw as counsel of record, and until such time as a motion to withdraw is filed and granted by the Court, Mr. DeStefano will remain counsel of record in this case. The scheduling order dated November 9, 2010 will remain in effect.

SO ORDERED.

Dated:    November 15, 2010
           New York, New York

*[signature]*
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

11/15/10

DEAR JUDGE RICHARD J. SULLIVAN,

    THE SHEPARDS HAVE PAID FOR THE FILING OF THE COMPLAINT AND THE NOTIFICATION TO THE DEFENDANTS.

    SINCE OUR LAWYER CHARLES C. DESTEFANO CAN NOT DO THE CASE ANYMORE, WE WOULD LIKE TO CONTINUE THE CASE. IF WE CAN'T GET ANOTHER LAWYER WE WILL REPRESENT OURSELVES PRO SE.

SINCERELY,
SHIRLEY & ANDREA SHEPARD

*Shirley Shepard*
*Andrea Shepard*

455 W. 34TH STREET
SUITE 10A
NEW YORK, N.Y. 10001
212 695-1487
a.shepard@att.net


RECEIVED
NOV 15 2010
CHAMBERS OF
RICHARD J. SULLIVAN
U.S.D.J.