UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/10
```

SHIRLEY SHEPARD, *et al.*,

                Plaintiffs,

-v-

THE ASSOCIATED PRESS, *et al.*,

                Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiffs' counsel dated November 19, 2010, requesting a pre-motion conference in anticipation of filing a motion for leave to withdraw as counsel of record. IT IS HEREBY ORDERED that the pre-motion conference requirement is waived. Pursuant to Local Rule 1.4, Plaintiffs' counsel is advised that his motion to withdraw should be accompanied by a supporting affidavit that specifies satisfactory reasons for withdrawal.

SO ORDERED.

Dated:        November 19, 2010
                 New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE