UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/10
```

SHIRLEY SHEPARD, et al.,

                Plaintiffs,

-v-

THE ASSOCIATED PRESS, et al.,

                Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Upon the affirmation of attorney Charles C. DeStefano, the motion to withdraw as counsel for Plaintiffs in this action is HEREBY GRANTED. Plaintiffs Andrea Shepard and Shirley Shepard are HEREBY ORDERED to either (1) file a notice of appearance through the form available on the Southern District of New York website[1] and serve a copy of such notice on Defendants, if they intend to proceed *pro se*; or (2) instruct their new counsel to file a notice of appearance on ECF no later than December 17, 2010, at 4:00 p.m. Plaintiffs may contact the *Pro Se* Office at (212) 805-0175 if they require assistance.

SO ORDERED.

Dated:      December 2, 2010
               New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES DISTRICT JUDGE

---

[1] The notice of appearance form is located on page three of the template available at http://www.nysd.uscourts.gov/cases/show.php?db=forms&id=72.

A copy of this Order has been e-mailed to:

Andrea Shepard
a.shepard@att.net