UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIRLEY SHEPARD

ANDREA SHEPARD,

                                    Plaintiff,

                    -against-

THE ASSOCIATED PRESS, ESPN INC
KURTIS PRODUCTIONS, LTD, PICTOPIA, COM, INC
PILLY ONLINE, INC           Defendant,  PHOTOBUCKET.COM, IN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 12/10/10

PRO SE OFFICE

**NOTICE OF APPEARANCE**

Docket Number:

10 Civ. 7551 (   )

Please take notice that the undersigned _____ SHIRLEY SHEPARD _____
                                                    (Your name)
                                        ANDREA SHEPARD

hereby appears Pro se in the above captioned matter and that all future correspondence and
papers in connection with this action are to be directed to the undersigned.

Dated: ___ 11/6/10 ___
            New York, New York

                                        Shirley Shepard
                                        Andrea Shepard
                                        Signature

                                        455 W. 34th ST. 10A
                                        Address

                                        New York N.Y, 10001
                                        City, State, Zip Code
                                        212-695-1487
                                        Telephone Number

Rev. 05/2010