UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SHIRLEY SHEPARD, *et al.*,

        Plaintiffs,

-v-

THE ASSOCIATED PRESS, *et al.*,

        Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a notice of appearance form filed with the *Pro Se* Office on December 8, 2010, indicating that Plaintiffs Shirley and Andrea Shepard intend to proceed *pro se* in this case. The attached scheduling order dated November 9, 2010 shall remain in effect.

SO ORDERED.

Dated:    December 20, 2010
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

A copy of this Order has been e-mailed to:

Andrea Shepard
a.shepard@att.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/10

SHIRLEY SHEPARD, et al.,

Plaintiffs,

-v-

THE ASSOCIATED PRESS, et al.,

Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a pre-motion letter from Defendants dated October 29, 2010, requesting a pre-motion conference in anticipation of filing a motion to dismiss. The Court is also in receipt of a response letter from Plaintiffs dated November 8, 2010, requesting a 45-day extension of time to serve copies of all registered copyrights and amend the Complaint. The extension request is HEREBY GRANTED in part. Accordingly, (1) Plaintiffs shall amend the Complaint by December 17, 2010; (2) Defendants shall answer or submit a revised pre-motion letter setting forth the bases for any contemplated motions by January 3, 2011; (3) the parties shall submit a status letter and proposed case management plan, in accordance with the terms of the Order dated October 6, 2010, by January 3, 2011; and (4) the parties shall appear for a status conference on January 14, 2011, at 11:30 a.m.

SO ORDERED.

Dated:   November 9, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE