UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/10
```

SHIRLEY SHEPARD, et al.,

                Plaintiffs,

-v-

THE ASSOCIATED PRESS, et al.,

                Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of pre-motion letters from Defendants The Associated Press and ESPN, Inc., and from Defendant Photobucket Corporation, both dated December 23, 2010, requesting (1) a pre-motion conference in anticipation of filing a motion to dismiss, and (2) an adjournment of the deadline to make initial submissions in this case. IT IS HEREBY ORDERED that (1) the deadline to make initial submissions is adjourned pending the previously scheduled conference on January 14, 2011, and (2) Plaintiffs shall submit a response to Defendants' pre-motion letters no later than January 7, 2011. The Court will consider the proposed motion to dismiss at the conference on January 14, 2011.

SO ORDERED.

Dated:      December 23, 2010
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

<u>A copy of this Order has been e-mailed to</u>:

Andrea Shepard
a.shepard@att.net