UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SHIRLEY SHEPARD and ANDREA           :
SHEPARD,
                                                          :   10 CV 7551 (RJS)
            Plaintiffs,
                                                          :
  -against-
                                                            :   **NOTICE OF APPEARANCE**
THE ASSOCIATED PRESS et al.,
            Defendants.
------------------------------------- X

       PLEASE TAKE NOTICE that DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, hereby appears as counsel for defendants The Associated Press, ESPN, Inc., and Pictopia.Com, Inc., and demands that all papers and court orders be served upon it. Defendants expressly reserve the right to raise all defenses and objections to plaintiff's claims for relief, including objections to jurisdiction, service, and waiver.

Dated: New York, New York
January 14, 2011

DLA PIPER LLP (US)

By: /s/ Andrew Deutsch
    Andrew L. Deutsch
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

and

By: /s/ Frank Ryan
    Frank W. Ryan
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

and

By: /s/ Tamar Duvdevani
    Tamar Y. Duvdevani
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500