UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SHIRLEY SHEPARD and ANDREA            :
SHEPARD,
                                      :
         Plaintiffs,                      10 CV 7551 (RJS)
                                      :
    -against-
                                      :
THE ASSOCIATED PRESS et al.,              **NOTICE OF APPEARANCE**
                                      :
         Defendants.
------------------------------------- X

     PLEASE TAKE NOTICE that DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, hereby appears as counsel for defendants The Associated Press, ESPN, Inc., and Pictopia.Com, Inc., and demands that all papers and court orders be served upon it. Defendants expressly reserve the right to raise all defenses and objections to plaintiff's claims for relief, including objections to jurisdiction, service, and waiver.

Dated: New York, New York
       January 14, 2011

DLA PIPER LLP (US)

By: /s/ Andrew Deutsch
   Andrew L. Deutsch
   1251 Avenue of the Americas
   New York, New York 10020
   (212) 335-4500

and

By: /s/ Frank Ryan
   Frank W. Ryan
   1251 Avenue of the Americas
   New York, New York 10020
   (212) 335-4500

and

By: /s/ Tamar Duvdevani
   Tamar Y. Duvdevani
   1251 Avenue of the Americas
   New York, New York 10020
   (212) 335-4500