AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| SHIRLEY SHEPARD, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  10 Civ. 7551 |
| THE ASSOCIATED PRESS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kurtis Productions, Ltd.

Date:  01/14/2011

*Attorney's signature*

Hilary Lane HL-0829
*Printed name and bar number*

NBC UNIVERSAL, INC.
30 Rockefeller Plaza
New York, New York 10112
*Address*

hilary.lane@nbcuni.com
*E-mail address*

(212) 664-2022
*Telephone number*

(212) 664-6572
*FAX number*