UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SHIRLEY SHEPARD and ANDREA SHEPARD,      :

         Plaintiffs,     :     10 CV 7551 (RJS)

  -against-                              :

THE ASSOCIATED PRESS et al.,            :     **RULE 7.1 STATEMENT**

         Defendants.
---------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant The Associated Press states that it has no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated:  New York, New York
         January 14, 2011

                              DLA PIPER LLP (US)

                              By:  _/s/ Andrew Deutsch_____
                                   Andrew L. Deutsch
                                   Frank W. Ryan
                                   Tamar Y. Duvdevani
                              1251 Avenue of the Americas
                              New York, New York 10020-1104
                              Telephone (212) 335-4500
                              Facsimile (212) 335-4501

                              *Attorneys for Defendants The Associated Press, ESPN, Inc. and Pictopia.Com, Inc.*