UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
SHIRLEY SHEPARD and ANDREA SHEPARD,

        Plaintiffs,

  -against-

THE ASSOCIATED PRESS et al.,

        Defendants.
-------------------------------------- X

10 CV 7551 (RJS)

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant ESPN, Inc. states that each of the following is a corporate parent or a publicly held corporation that owns more than 10% of its stock:

- Hearst Brazil, Inc.
- The Hearst Corporation
- ESPN Holding Company, Inc.
- ABC, Inc.
- ABC Enterprises, Inc.
- Disney Enterprises, Inc.
- The Walt Disney Company

Dated:  New York, New York
         January 14, 2011

                            DLA PIPER LLP (US)

                            By:  /s/ Andrew Deutsch
                                 Andrew L. Deutsch
                                 Frank W. Ryan
                                 Tamar Y. Duvdevani
                          1251 Avenue of the Americas
                          New York, New York 10020-1104
                          Telephone (212) 335-4500
                          Facsimile (212) 335-4501

*Attorneys for Defendants The Associated Press, ESPN, Inc. and Pictopia.Com, Inc.*