UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SHIRLEY SHEPARD and ANDREA SHEPARD,  :

        Plaintiffs,  :   10 CV 7551 (RJS)

  -against-  :

THE ASSOCIATED PRESS et al.,  :   **RULE 7.1 STATEMENT**

        Defendants.
------------------------------------- X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Pictopia.Com, Inc. states that it has no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated:  New York, New York
       January 14, 2011

                              DLA PIPER LLP (US)

                              By:  /s/ Andrew Deutsch
                                  Andrew L. Deutsch
                                  Frank W. Ryan
                                  Tamar Y. Duvdevani
                           1251 Avenue of the Americas
                           New York, New York 10020-1104
                           Telephone (212) 335-4500
                           Facsimile (212) 335-4501

                           *Attorneys for Defendants The Associated Press, ESPN, Inc. and Pictopia.Com, Inc.*