UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USD:
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/11

SHIRLEY SHEPARD, *et al.*,

                    Plaintiffs,

    -v-

THE ASSOCIATED PRESS, *et al.*,

                    Defendants.

No. 10 Civ. 7551 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the following submissions: (1) a pre-motion letter dated December 23, 2010 from Defendants The Associated Press ("AP") and ESPN, Inc., renewing their proposed motion to dismiss; (2) a response letter from Plaintiffs dated December 30, 2010, opposing the AP-ESPN motion to dismiss; (3) a pre-motion letter dated December 23, 2010 from Defendant Photobucket, proposing a motion to dismiss; (4) a second response letter from Plaintiffs dated December 30, 2010, opposing the Photobucket motion to dismiss; and (5) various exhibits attached to Plaintiffs' letters. The Court held a pre-motion conference on January 14, 2011 to discuss these submissions.

    For the reasons stated on the record, IT IS HEREBY ORDERED that the parties shall submit a joint status letter no later than March 4, 2011, reporting on the outcome of settlement negotiations before The Honorable James L. Cott, Magistrate Judge. In the event that the action is to proceed, the letter shall also contain a proposed briefing schedule for Defendants' motions to dismiss, including a 15-day window for Plaintiffs to amend the Complaint.

SO ORDERED.
Dated:      January 14, 2011
              New York, New York

                                     RICHARD J. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE

<u>A copy of this Order has been e-mailed to</u>:

Andrea Shepard
a.shepard@att.net