UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #: _____
                                    DATE FILED: 1/18/11
```

SHIRLEY SHEPARD, *et al.*,

        Plaintiffs,

-v-

THE ASSOCIATED PRESS, *et al.*,

        Defendants.

No. 10 Civ. 7551 (RJS) (JLC)
REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Disputes | __ | Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction) Purpose:_____ |
| _X_ | Settlement: *The parties shall contact Magistrate Judge Cott no later than January 24, 2011 to schedule a settlement conference.* | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Inquest After Default/Damages Hearing | __ | Dispositive Motions (*i.e.*, motion requiring Report and Recommendation) |

SO ORDERED.

DATED:    January 14, 2011
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE